IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DONALD NEWELL,

    Petitioner,    JUDGMENT IN A CIVIL CASE

v.    Case No. 14-cv-448-bbc

JUDY P. SMITH, Warden,

    Respondent.

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered denying the petition of Donald Newell for a writ of habeas corpus under 28 U.S.C. § 2254.

| /s/ | 7/30/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |