UNITED STATES COURT Of APPEALS

For The

SEVENTH CIRCUIT

DOC NO
REC'D/FILED
2014 AUG 28 AM 10: 21
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

---

DONALD NEWELL,
Petitioner.

V.

USDC Case No. 14-cv-448-bbc
Appeals Case No. _____

JUDY P. SMITH, Warden,
Defendant.

---

### NOTICE OF APPEAL

---

NOTICE is hereby given that Donald A. Newell, Jr. Petitioner, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the final order and judgment denying his petition for vacating his added two-year sentnce entered on the 30 day of July, 2014. This was a part of the 24 Constitutional Claims denied by the United States Supreme Court on unknown date, 2014 Now as a separate Constitutional Issue under U.S.C. § 2241 & § 2254 (sentence).

Dated at Oshkosh, Wisconsin, this day of 26 August, 2014.

*Donald A. Newell*

Donald A. Newell, Jr.
Oshkosh Correctional Institution
P.O. Box 3310
Acting Pro Se