IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DONALD NEWELL,

                Petitioner,

    v.

JUDY P. SMITH, Warden,

                Respondent.

ORDER

14-cv-448-bbc.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

       Petitioner Donald Newell has moved for reconsideration of the order entered in this case on July 30, 2014, denying his petition for a writ of habeas corpus. He has also asked for appointment of counsel, arguing that he has shown he has a colorable claim and needs help presenting it. Petitioner has no colorable claim to file a fourth petition for a writ of habeas corpus; he has had a full and fair opportunity to litigate his claim that he was in state custody illegally, as explained in the order denying his fourth petition. Op. & Order, dkt. #4. Therefore, both his motion for reconsideration and his request for counsel will be denied.

ORDER

       Petitioner Donald Newell's motion, dkt. #6, for reconsideration of the order denying his petition for a writ of habeas corpus under 28 U.S.C. § 2254 is DENIED. His request for

1

appointment of counsel is DENIED as well because he has shown no need for the assistance of counsel.

Entered this 9th day of September, 2014.

                                      BY THE COURT:
                                      /s/
                                      BARBARA B. CRABB
                                      District Judge